1430

# CASE ANNOUNCEMENTS

*January 15, 2010*

[Cite as *01/15/2010 Case Announcements*, 2010-Ohio-84.]

## MOTION AND PROCEDURAL RULINGS

**2009–1847.  Turner v. Levin.**
Board of Tax Appeals, No. 2007–K–768. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon review of the notice of appeal,

It is ordered by the court, sua sponte, that appellant show cause, in writing, within fourteen days of the date of this order, why the appeal should not be dismissed for lack of jurisdiction due to appellant's failure to specify in his notice of appeal the "errors complained of" as required by R.C. 5717.04.

The briefing schedule in this case is stayed until further notice.

## DISCIPLINARY CASES

**2009–2207.  Disciplinary Counsel v. Lindon.**
This cause is pending before the court upon the filing of a reciprocal disciplinary matter. On December 30, 2009, respondent filed an answer to the order to show cause including a request to keep the documents included confidential. Upon consideration thereof,

It is ordered by the court that respondent's request for confidentiality is granted. It is further ordered that respondent's answer to the order to show cause and the attachments are sealed.

## MISCELLANEOUS DISMISSALS

**2009–2222.  State ex rel. Will v. Burge.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2009–1706.  State ex rel. La-Z-Boy Furniture Galleries v. Thomas.**
Franklin App. No. 08AP–827, 2009-Ohio-4946.

